■ CHUCK JONES, Individually and Doing Business as CHUCK JONES PUBLIC RELATIONS, Appellant, v MARLA MAPLES, Respondent. [731 NYS2d 356] —Order, Supreme Court, New York County (Louis York, J.), entered August 26, 1999, which dismissed *pro se* plaintiff's complaint *sua sponte* and enjoined plaintiff from initiating any further litigation against defendant without prior court approval, unanimously affirmed, with costs.

The *sua sponte* dismissal of plaintiff's complaint was a proper exercise of discretion in view of his many frivolous motions and repeated disregard of court orders (*cf., Wehringer v Brannigan*, 232 AD2d 206, 207, *appeal dismissed* 89 NY2d 980; *Kihl v Pfeffer*, 94 NY2d 118, 122-123). It was also a proper exercise of discretion to enjoin plaintiff from initiating any further litigation against defendant without prior court approval in order to prevent his further use of the courts as a means of harassing and embarrassing defendant (*see, Matter of Sud v Sud*, 227 AD2d 319; *Novel v Salzberg*, 253 AD2d 684, *lv denied* 92 NY2d 816, *rearg denied* 93 NY2d 849, *cert denied* 527 US 1007, *reh denied* 527 US 1055; *see also, Jones v Maples*, 257 AD2d 53; *Jones v Trump*, 1997 WL 277375, *8-9, 1997 US Dist LEXIS 7324, *26-27 [SD NY, May 27, 1997, 96 Civ 2995 (SAS)], *affd* 1998 US App LEXIS 23531 [2d Cir, Sept. 21, 1998], *cert denied* 527 US 1003). Concur—Nardelli, J. P., Williams, Tom and Marlow, JJ.